UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00505-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DEMETRIUS G. GIANOPOULOS,

    Defendant.

**ORDER**

    This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Wednesday, November 3, 2010,** and responses to these motions shall be filed by **Wednesday, November 17, 2010.** It is

    FURTHER ORDERED that a 5 day jury trial is set for **Monday, December 13, 2010, at 9:00 a.m. in courtroom A-1002.**

    Dated this 13th day of October, 2010.

                                BY THE COURT:

                                s/ Wiley Y. Daniel
                                WILEY Y. DANIEL
                                CHIEF U. S. DISTRICT JUDGE