**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
Chief Judge Wiley Y. Daniel

Criminal Case No.  10-cr-00505-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.      DEMETRIUS G. GIANOPOULOS,

      Defendant.

---

**ORDER REGARDING DISCLOSURE OF GRAND JURY MATERIALS**

---

Upon consideration of the Government's Motion to Disclose Grand Jury Materials under Specified Conditions to the Attorney for Defendant [ECF No. 13], filed November 2, 2010, it is

ORDERED that a copy of the transcripts of the testimony identified in the government's motion, and accompanying exhibits, be disclosed to the attorney for the defendant for preparation for trial.  It is further

ORDERED that defense counsel make only such copies as are necessary to prepare a defense of this criminal case.  It is further

ORDERED that defense counsel keep a written record concerning how many copies were made, to whom those copies were delivered, and the date of delivery, and that defense counsel deliver a copy of this Order allowing disclosure with the materials.  It is further

ORDERED that defense counsel provide the defendant with reasonable access

to the grand jury materials, but that defense counsel not allow the defendant to retain copies of any grand jury materials.  It is further

ORDERED that no person, other than defense counsel, make any copy of the grand jury materials for any purpose.  It is further

ORDERED that at the conclusion of the case in this Court, by entry of the Court's judgment, defense counsel collect all such copies and return them to the government within ten days.

Dated:  November 4, 2010

BY THE COURT:

s/ Wiley Y. Daniel  
Wiley Y. Daniel  
Chief United States District Judge