**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.  10-cr-00505-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     DEMETRIUS G. GIANOPOULOS,

      Defendant.

**MINUTE ORDER**

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      Due to a scheduling conflict, the Status Conference currently set for Monday, March 7, 2011 at 1:30 P.M. is **VACATED** and **RESET** for Monday, March 14, 2011 at 1:30 P.M.

      Dated:  March 2, 2011