**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | August 29, 2011 | Probation: | Katrina Devine |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| E.C.R./Reporter: | Therese Lindblom | | |

| | | |
|---|---|---|
| Criminal Case No: **10-cr-00505-WYD** | | Counsel: |
| UNITED STATES OF AMERICA, | | Matthew T. Kirsch |
| Plaintiff, | | |
| v. | | |
| **1. DEMETRIUS G. GIANOPOULOS**, | | Virginia L. Grady |
| Defendant. | | |

**SENTENCING**

**10:04 a.m.**   Court in Session - Defendant present (on-bond)

**Change of Plea Hearing - Tuesday, May 10, 2011, at 1:30 p.m.
Plea of Guilty - count 3 of Indictment**

APPEARANCES OF COUNSEL.

Court's opening remarks.

10:05 a.m.   Statement and argument on behalf of Government (Mr. Kirsch).

10:05 a.m.   Statement and argument on behalf of Defendant (Ms. Grady).

10:06 a.m.   Statement and argument on behalf of Government (Mr. Kirsch).

10:08 a.m.   Statement by Defendant on his own behalf (Mr. Gianopoulos).

Court makes findings.

**ORDERED:** Government's Motion for Decrease for Acceptance of Responsibility (ECF Doc. #29), filed August 25, 2011, is **GRANTED.**

Order is **APPROVED BY THE COURT.**

**ORDERED:** Government's Motion for Downward Departure Pursuant to 5K1.1 (ECF Doc. #27), filed August 24, 2011, is **GRANTED.**

**ORDERED:** Defendant is placed on **probation** for a term of **5** years.

**ORDERED:** **Conditions** of **Probation** are:

(X) Defendant shall not commit another federal, state or local crime.

(X) Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

(X) Defendant shall comply with standard conditions adopted by the Court.

(X) Defendant shall not unlawfully possess a controlled substance.

(X) The Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and two periodic drug tests thereafter for use of a controlled substance.

(X) The Court will waive the mandatory drug testing provisions of 18 U.S.C. § 3583(d) because the presentence report indicates a low risk of future substance abuse by the defendant.

(X) The Court will waive the mandatory drug testing provisions of 18 U.S.C. § 3583(d) for supervised releases cases as the defendant is likely to be deported.

(X) If the judgment in this case imposes a fine or restitution obligation, it shall be a condition of supervised release that the Defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the schedule of payments set forth in the judgment.

(X) The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED:** **Special Condition(s)** of **Probation** are:

(X) The defendant shall perform **100** hours of community service, as directed by the probation officer.

**ORDERED:**    Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:**    **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:**    Defendant advised of right to appeal the sentence imposed by the Court. Any notice of appeal must be filed within fourteen (14) days. Defendant advised of right to appeal in forma pauperis.

**ORDERED:**    Government's Motion to Dismiss Counts 1 and 2 of the Indictment (ECF Doc. #28), filed August 24, 2011, is **GRANTED.**

Order Dismissing Counts 1 and 2 of the Indictment is **APPROVED BY THE COURT.**

The court finds that defendant **is not** likely to flee or be a danger to self or others and it is **ORDERED**: **BOND CONTINUED.**

**10:11 a.m.**    Court in Recess - HEARING CONCLUDED

**TOTAL TIME:   :07**