**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.  10-cr-00505-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  DEMETRIUS G. GIANOPOULOS,

      Defendant.

---

**ORDER DISMISSING WITH PREJUDICE
COUNTS 1 & 2 OF INDICTMENT**

---

THIS MATTER comes before the Court upon the Government's Motion to Dismiss with Prejudice Counts 1 and 2 of the Indictment (ECF Doc. #28), filed August 24, 2011.  The Court having considered this motion, it is hereby

ORDERED that Government's Motion to Dismiss with Prejudice Counts 1 and 2 of Indictment (ECF Doc. #28), filed August 24, 2011, is **GRANTED.**  It is further

ORDERED that Counts 1 and 2 of the Indictment are dismissed with prejudice.

Dated:  August 29, 2011.

BY THE COURT:


s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE