IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.   10-cr-00505-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  DEMETRIUS G. GIANOPOULOS,

    Defendant.

## ORDER

Upon consideration of the Government's Motion Pursuant to U.S.S.G.§ 3E1.1(b), and for good cause shown, it is hereby

ORDERED that Government's Motion Pursuant to U.S.S.G. § 3E1.1(b) (ECF Doc. #29), filed August 25, 2011, is **GRANTED.**  It is further

ORDERED that an additional one-point reduction in the defendant's offense level is granted.

DATED:  August 29, 2011.

                      BY THE COURT:


                      s/ Wiley Y. Daniel
                      WILEY Y. DANIEL,
                      CHIEF UNITED STATES DISTRICT JUDGE